```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  ENTERPRISE RENT-A-CAR
    COMPANY, a Missouri
11  Corporation,
                                         NO. Civ.S-07-403 LKK/EFB
12             Plaintiff,

13       v.                              ORDER RE DISPOSAL
                                         DOCUMENTS AFTER
14  ANTHONY WALTER, an                   NOTIFICATION OF SETTLEMENT
    individual, and RYAN
15  CAPLAN, an individual,
    and MMG INTERNATIONAL,
16  INC., a California
    Corporation, dba
17  ENTERPRIZE COLLISION
    CENTER,
18
               Defendants.
19
                                     /
20
21       Counsel for plaintiff has filed a Notice of Settlement in the
22  above-captioned case.  The court now orders that the dispositional
23  documents disposing of the case be filed no later than August 16,
24  2007.
25       All hearing dates heretofore set in this matter are hereby
26  **VACATED.**

                                  1
```

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED: July 30, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2